UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

ENCORE PROPERTY MANAGEMENT
OF WESTERN NEW YORK, LLC

d/b/a Blossom Business Center
d/b/a Imperial Manor Apartments
d/b/a Normandie Apartments

NOTICE OF APPEAL
CHAPTER 11
BK CASE NO. 2-18-20014-PRW

## NOTICE OF APPEAL

Debtor Encore Property Management of Western New York, LLC ("Encore"), by its attorneys, Elliott Stern Calabrese LLP, appeals under 28 U.S.C. § 158(a) and Rules 8002 and 8004 of the Federal Rules of Bankruptcy Procedure from the Decision and Order Dismissing Chapter 11 Petition in Bad Faith under 11 U.S.C. §1112(b) [Dkt. No. 52 filed 2/16/2018].

The Names of the parties to the Order appealed from, and the names and addresses and telephone numbers of their respective attorneys, are as follows:

John K. McAndrews, Esq., Woods Oviatt Gilman LLP, 2 State Street, Rochester, New York 14614 (585.987.2800)

Timothy P. Lyster, Esq., Woods Oviatt Gilman LLP, 2 State Street, Rochester, New York 14614 (585.987.2800)

Ingrid C. Palermo, Esq., Attorney for Timothy Foster, 350 Linden Oaks, Suite 310, Rochester, New York 14625 (585.362.4700)

U.S. Trustee's Office, U.S. Federal Building, 100 State Street, 6th Floor, Rochester, New York 14614

George H. Gray, Esq., 625 Panorama Trail, Rochester, New York 14625 (585.218.8620)

Joseph Taddeo, Esq., 45 Exchange Street, Suite 608, Rochester, New York 14614 (585.325.2124)

Melvin & Melvin, PLLC, 217 South Salina Street, Syracuse, NY 13202 (315.422.1311)

Montalbano Condon & Frank, 399 Knollwood Road, White Plains, NY 10603 (845.634.7010)

Patrick Loreto, 1002 McKinley Avenue, Rome, NY 13440

Dated: Rochester, New York
      February 26, 2018

                                 ELLIOTT STERN CALABRESE LLP

By: _____
      David S. Stern
      One East Main Street, 10 Floor
      Rochester, New York 14614
      Telephone: 585.232.4724
      Facsimile: 585.232.6674
      dstern@elliottstern.com

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
In Re: Encore Property Management of Western New York, LLC

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David S. Stern, Esq., Elliott Stern Calabrese LLP, 1 East Main Street, Rochester, New York 14614

## DEFENDANTS
WELLS FARGO BANK, NA, AS TRUSTEE

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
John K. McAndrews, Esq., Woods Oviatt Gilman LLP, 2 State Street, Rochester, New York 14614

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE Paul R. Warren, U.S.B.J.
DOCKET NUMBER 18-20014-PRW

DATE 02/26/2018
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

ENCORE PROPERTY MANAGEMENT
OF WESTERN NEW YORK, LLC

d/b/a Blossom Business Center
d/b/a Imperial Manor Apartments
d/b/a Normandie Apartments

Affidavit of Service
Notice of Appeal
BK Case #: 2-18-20014-PRW

STATE OF NEW YORK)
COUNTY OF MONROE)  SS:

    I, Mark A. Schwenk, I am employed by Elliott Stern and Calabrese, I am over 18 years of age and reside in Orleans County, New York, 14470. On February 26, 2018, I mailed a copy of the Notice of Appeal in regard to the above referenced matter addressed to each of the following persons at their last known addresses set forth after each name:

U.S. Bankruptcy Court, U.S. Federal Building, 100 State Street, 6th Floor, Rochester, New York 14614

John K. McAndrews, Esq., Woods Oviatt Gilman LLP, 2 State Street, Rochester, New York 14614

Timothy P. Lyster, Esq., Woods Oviatt Gilman LLP, 2 State Street, Rochester, New York 14614

Ingrid C. Palermo, Esq., Attorney for Timothy Foster, 350 Linden Oaks, Suite 310, Rochester, New York 14625

U.S. Trustee's Office, U.S. Federal Building, 100 State Street, 6th Floor, Rochester, New York 14614

George H. Gray, Esq., 625 Panorama Trail, Rochester, New York 14625

Joseph Taddeo, Esq., 45 Exchange Street, Suite 608, Rochester, New York 14614

Melvin & Melvin, PLLC, 217 South Salina Street, Syracuse, NY 13202

Montalbano Condon & Frank, 399 Knollwood Road, White Plains, NY 10603

Patrick Loreto, 1002 McKinley Avenue, Rome, NY 13440

Encore Property Management of Western New York, LLC, c/o Jason G. Palmer, P.O. Box 274, Clinton, NY 13323

s/ Mark A. Schwenk
_____
**Mark A. Schwenk**

On February 26, 2018, Mark A. Schwenk, personally appeared before me,

s/ Amy E. Shoniker
_____
Amy E. Shoniker
Notary Public
State of New York
County of Monroe
No. 01SH6076494
My Commission Expires: 6/24/18