UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ENCORE PROPERTY MANAGEMENT
OF WESTERN NEW YORK, LLC,

                              Appellee,

-vs-

WELLS FARGO BANK, N.A., as Trustee,

                              Appellant
_____

MOTION SCHEDULING ORDER

18-CV-6173 CJS

      Appellant Wells Fargo Bank, N.A. having filed a motion to dismiss (Docket No. [# 7]), it is hereby ORDERED that:

      1.  Appellee shall file and serve any responsive papers on or before **May 29, 2018**;

      2. The Court will not hear oral argument, but instead, will issue a written decision at its earliest opportunity;

      4. Papers must comply with the local and federal rules of civil procedure (**papers not in compliance will not be considered**); and

      5.  <u>To expedite the resolution of the pending motion(s), the parties are encouraged to consider the provisions of 28 U.S.C. §636(c) governing consent to disposition of the motion (or the entire case) by a Magistrate Judge.</u>  Instructions and forms for use under those provisions are available from the office of the Magistrate Judge or of the Clerk.

      SO ORDERED.

Dated:      Rochester, New York
              May 21, 2018

                                        ENTER:

                                        <u>/s/ Charles J. Siragusa</u>
                                        CHARLES J. SIRAGUSA
                                        United States District Judge